**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re: Debtor(s)
**Lashandra Yvette Shepphard**

Case No.: **24−51201−wlh**
Chapter: **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On February 2, 2024, the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee for this case in installments, provided that Debtor paid the initial filing fee installment within ten days from the filing of the petition. The Order also provided that the failure to pay the filing fee as directed would result in dismissal of this case. The Debtor failed to pay timely the filing fee as directed by the Order. Accordingly, it is

ORDERED that the above−styled case is **dismissed**.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED,** on February 21, 2024.

*Wendy L. Hagenau*

Wendy L. Hagenau
United States Bankruptcy Judge

Form 3081113